Loren L. Forrest, Jr.
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, New York 10019
Telephone: 212-513-3200
Facsimile: 212-385-9010
loren.forrest@hklaw.com

*Attorneys for Defendant Garda CL Atlantic, Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS COLLAZOS,<br><br>                        Plaintiffs,<br><br>      -against-<br><br>GARDA CL ATLANTIC, INC.,<br><br>                        Defendant. | CIVIL ACTION NO. _____<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Garda CL Atlantic, Inc., by and through its undersigned counsel of record, hereby states that:

1. Garda CL Atlantic, Inc. is a wholly-owned subsidiary of Garda CL Technical Services, Inc.;

2. Garda CL Technical Services, Inc. is a wholly-owned subsidiary of ATI Systems International, Inc.;

3. ATI Systems International, Inc. is a wholly-owned subsidiary of Garda USA, Inc.;

4. Garda USA, Inc. is a wholly-owned subsidiary of Garda World Security Corporation; and

5. No publicly traded corporation owns 10% or more of Garda CL Atlantic, Inc.'s stock.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated: April 16, 2021
New York, New York

        Respectfully submitted,

        HOLLAND & KNIGHT LLP

        /s/ *Loren L. Forrest, Jr.*
        Loren L. Forrest, Jr.
        31 West 52nd Street
        New York, New York 10019
        Tel. (212) 513-3200
        Fax  (212) 385-9010
        loren.forrest@hklaw.com

        *Attorneys for Defendant Garda CL Atlantic, Inc.*