# Holland & Knight

31 West 52nd Street | New York, NY 10019 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

Loren L. Forrest Jr.
212-513-3370
Loren.Forrest@hklaw.com

June 22, 2021

**VIA ECF**

The Honorable James R. Cho
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **Collazos v. Garda CL Atlantic, Inc., 21-cv-02095-PKC-JRC**

Dear Judge Cho:

  Defendant, Garda CL Atlantic, Inc. ("Garda" or "Defendant"), by and through its undersigned counsel Holland & Knight LLP requests that the attached stipulation extending the time for Garda to answer Carlos Collazos's, ("Plaintiff's") Complaint be so ordered and that Gardas's time to answer be extended until August 24, 2021.

  With the consent of Plaintiff's counsel, Defendant writes to the Court to request that the attached stipulation be so ordered, in order to allow the parties to continue to engage in fruitful settlement negotiations. Currently, the parties have exchanged documents and are in the process of negotiating a potential settlement that would resolve the matter.

  Previously, this Court granted the parties previous requests for an extension of time to answer the Plaintiff's Complaint.

Respectfully submitted,

**HOLLAND & KNIGHT LLP**

/s/ Loren L. Forrest, Jr.
  Loren L. Forrest Jr.

Anchorage | Atlanta | Austin | Boston | Chicago | Dallas | Denver | Fort Lauderdale | Jacksonville | Lakeland | Los Angeles | Miami
New York | Northern Virginia | Orlando | Portland | San Francisco | Tallahassee | Tampa | Washington, D.C. | West Palm Beach
#85045328_v1