UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CARLOS COLLAZOS,

                              Plaintiffs,

-against-

GARDA CL ATLANTIC, INC.,

                              Defendant.

Civil Case No.: 21-cv-02095-PKC-JRC

**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff Carlos Collazos and counsel for Defendant Garda CL Atlantic, Inc. ("Defendant") that Defendant's time within which to answer, move or otherwise respond to Plaintiff's complaint is extended until on or before August 24, 2021.

Dated:  June 22, 2021

**LAW OFFICE OF**
**Moser Law Firm, P.C**
5 E. Main Street
Huntington, New York 11743
(516) 671-1150
smoser@moseremploymentlaw.com

By: /s/ Steven J. Moser, Esq.
     Steven J. Moser, Esq.
*Attorneys for Plaintiff*
*Carlos Collazos*

Dated:  June 22, 2021

**HOLLAND & KNIGHT LLP**
31 West 52nd Street
New York, New York 10019
Telephone:  917-854-9800
Facsimile: 212-385-9010
loren.forrest@hklaw.com

By: */s/ Loren L. Forrest, Jr.*
     Loren L. Forrest, Jr.
*Attorneys for the Defendant*
*Garda CL Atlantic, Inc.*

SO ORDERED

_____
U.S.D. J.

Dated: _____, 2021