# Holland & Knight

31 West 52nd Street | New York, NY 10019 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

Loren L. Forrest Jr.
+1 917-854-9800
Loren.Forrest@hklaw.com

January 11, 2022

*Via Mail*

Judge Pamela K. Chen
Courtroom: 4F
Chambers: N 631
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: *Motion to Compel Arbitration Research*
      *Carlos Collazos v. Garda CL Atlantic, Inc.; 21-cv-02095-PKC-JRC*

Dear Judge Chen:

  The undersigned represents Garda CL Atlantic, In. ("Garda") in its Motion to Compel Arbitration of Individual Claims and Stay Litigation of Class Action Claims. On or about March 11, 2020, Plaintiff Carlos Collazos filed the above-referenced putative class action against Defendant Garda, which Garda removed to the Eastern District of New York on April 16, 2021. Defendant filed a motion for pre motion conference regarding a Motion to Compel Arbitration and Stay the Proceeding Pending Arbitration on September 15, 2021. At the pre motion conference, held on November 10, 2021, this court set a briefing schedule for the motion.

  In support of its application, Garda has served the Plaintiff with the following documents:

1. Notice of Motion
2. Declaration of Loren L. Forrest Jr. with Exhibits
3. Memorandum of Law In Support of Motion to Compel Arbitration

            Respectfully submitted,

            HOLLAND & KNIGHT LLP

            Loren L. Forrest Jr.

cc:  All counsel of record via e-mail

Anchorage | Atlanta | Austin | Boston | Charlotte | Chicago | Dallas | Denver | Fort Lauderdale | Houston | Jacksonville | Lakeland
Los Angeles | Miami | New York | Orlando | Portland | San Francisco | Stamford | Tallahassee | Tampa | Tysons
Washington, D.C. | West Palm Beach