UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X
CARLOS COLLAZOS,

                                            Plaintiff,        **[PROPOSED] ORDER**

         - *against* -                               Case No. 21-cv-02095-PKC-JRC

GARDA CL ATLANTIC, INC.,

                                            Defendants.
-----------------------------------------------------------------------------X

      **IT IS ON** this _____day of February 2022, it is **ORDERED AS FOLLOWS:**

1. The briefing of Defendant's Motion to Compel Arbitration is hereby *stayed;*

2. Plaintiff's Counsel is directed to serve (1) this order, (2) a copy of all documents filed via the Court's ECF system in this matter, and (3) a copy of the Defendant's Motion to Compel Arbitration, upon the United Federation of Special Police and Security Officers, Inc., Local 601 (the "Union") on or before _____. Service shall be made in a manner sufficient to obtain jurisdiction over the Union, as well as by overnight courier.

3. The Union is advised that in order to be timely, its motion to intervene or otherwise be heard in this action must be made on or before _____. This date may be extended for good cause upon the application of the Union.

SO ORDERED:

_____