

# MOSER LAW FIRM, PC

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

February 23, 2022

**VIA ECF**

Hon. Pamela K. Chen, USDJ
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Collazos v. Garda CL Atlantic, Inc.,* Case No. 21-cv-02095 (PKC)(JRC)

Dear Judge Chen:

    I represent the Plaintiff in the above referenced matter. Today I received via email a letter from the United Federation of Special Police and Security Officers, Inc. As a courtesy to the Union, I am filing this document.

                      Very truly yours,

                      *Steven J. Moser*

                      Steven J. Moser

CC:    All counsel of record via ECF