**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

# MOSER LAW FIRM, PC

February 23, 2022

**VIA ECF**

Hon. Pamela K. Chen, USDJ
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

     Re:    *Collazos v. Garda CL Atlantic, Inc.,* Case No. 21-cv-02095 (PKC)(JRC)

Dear Judge Chen:

     I represent the Plaintiff in the above referenced matter. The United Federation of Special Police and Security Officers, Inc. has indicated that in October 2017 it was decertified and replaced by the Special and Superior Officers Benevolent Association. Therefore, Plaintiffs request that he be directed to give notice of this action to the Special and Superior Officers Benevolent Association ("SSOBA") by March 1, 2022 and that SSOBA be directed to file a letter indicating its claim of interest, if any, March 31, 2022.

                               Very truly yours,

                               *Steven J. Moser*
                               Steven J. Moser

CC:    All counsel of record via ECF