|  | 149615 |
|---|---|
|  | MOSER- STE |

**AFFIDAVIT OF SERVICE**

Index No. 21-CV-02095(PKC)(JRC)
Date filed
File No.

**DISTRICT** COURT, COUNTY OF **EASTERN NY**

**COLLAZOS**

Plaintiff(s)

against

**GARDA CL ATLANTIC, INC.**

Defendant(s)

State of New York, County of Nassau     SS:

**MOHSIN SYED** being duly sworn, deposes and says: that depondent is not a party to this action, is over 18 years of age and resides at **HUNTINGTON STATIC NY** **11746**

That on **3/1/2022** at **3:04 PM** at **PLACE OF BUS.** at **199 NORTH WELLWOOD AVE. LINDENHURST NY 11757** depondent served the within
**LET FROM UNION TP PKC**
**DOCKET SHEET**
**EMAIL FROM SJM**
**LTR FROM SJM**
on **SPECIAL AND SUPERIOR OFFICERS BENEVOLENT ASSOCIATION**
(Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner;

**CORPORATION/BUSINESS ENTITY**
by delivering to and leaving with
**MS. JENNIFER (REFUSED FULL NAME)**
of said corporation a true copy each thereof, deponent further knew the said individual to be authorized to accept on behalf of the corporation.

APPROXIMATE DESCRIPTION
| SEX | FEMALE | COLOR | BROWN | HAIR | BROWN | WEIGHT | 120-130 | HEIGHT | 5'5' |
|---|---|---|---|---|---|---|---|---|---|
| AGE | 36-40 | OTHER | | | | | | | |

Sworn to before me on 3/2/22

SHAUL HORAN
Notary Public, State of New York
No. 01HO6108246
Qualified in Nassau County
Commission Expires 04/12/2020

URI BRILL
NOTARY PUBLIC, STATE OF NY
# 01BR6394019
QUALIFIED IN NASSAU COUNTY
EXPIRES 07/01/2023

**MOHSIN SYED**

ALERT PROCESS SERVICE AGENCY, 185 Willis Avenue, Mineola, NY 11501 (516) 741-4353