Andrew Choi
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, New York 10019
Telephone:  212-513-3200
Facsimile: 212-385-9010
*Attorneys for Garda CL Atlantic, Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| COLLAZOS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GARDA CL ATLANTIC, INC.,<br><br>　　　　　Defendant. | 21-cv-02095-PKC-JRC<br><br><br><u>**NOTICE OF APPEARANCE**</u> |

**PLEASE TAKE NOTICE** that Andrew Choi of the law firm of Holland & Knight LLP hereby appears in this action as counsel for Defendant Garda CL Atlantic, Inc., and requests service of all papers, pleadings and any other documents filed or served herein at the address set forth below.

Dated: New York, New York
　　　　March 11, 2022

　　　　　　　　　　　　　　　　　　　　　　　HOLLAND & KNIGHT LLP

　　　　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Andrew Choi

　　　　　　　　　　　　　　　　　　　　　　　31 West 52nd Street
　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10019
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 513-3200
　　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (212) 385-9010
　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Garda CL Atlantic, Inc.*