**Law Office of James R. Grisi, LLC**
199 N. Wellwood Avenue
Lindenhurst, NY 11757
(646) 258-9449
laborlawyer@live.com

March 31, 2022

*VIA EMAIL*
fida_abdallah@nyed.uscourts.gov
Hon. Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom: 4F
Chambers: N 631
Brooklyn, New York 11201

                     Re: **Collazos v. Garda CL Atlantic, Inc., 21-CV-02095 (PKC)(JRC)**

Dear Judge Chen:

    I am counsel to Special and Superior Officers Benevolent Association. I write to request that my client be added to the docket sheet in the referenced matter as an interested party, *nunc pro tunc*.

    Your Honor's consideration of this request is appreciated.

                                    Respectfully submitted,

                                    James R. Grisi

cc: steven.moser@moserlawfirm.com
      loren.forrest@hklaw.com