# Holland & Knight

31 West 52nd Street | New York, NY 10019 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

Loren L. Forrest Jr.
+1 917-854-9800
Loren.Forrest@hklaw.com

April 8, 2022

Judge Pamela K. Chen
Courtroom: 4F
Chambers: N 631
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Motion to Compel Arbitration Research*
*Carlos Collazos v. Garda CL Atlantic, Inc.; 21-cv-02095-PKC-JRC*

Dear Judge Chen:

I am counsel to Defendant Garda CL Atlantic, Inc. (hereinafter "Garda"). Counsel for Special and Superior Officers Benevolent Association (hereinafter "the Union"), has indicated that they are having trouble filing their Letter of Interest on PACER. As a result, Garda is filing the Letter of Interest on the Union's behalf.

Respectfully yours,

HOLLAND & KNIGHT LLP

/s/ *Loren Forrest*

Loren L. Forrest Jr.

Cc: All counsel of record via e-mail