

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

July 5, 2022

**VIA ECF**

Hon. Pamela K. Chen, USDJ
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn New York 11201

Re:   *Collazos v. Garda CL Atlantic, Inc.,*  21-cv-02095-PKC-JRC

Dear Judge Chen:

     Pursuant to the Docket Order issued today, Plaintiff respectfully advises the Court that its Opposition to Defendant's Motion to Compel Arbitration was served on July 1, 2022 at 8:24 PM.

                        Respectfully submitted,

                        */s/ Steven J. Moser*
                        Steven J. Moser