Loren L. Forrest, Jr.
Holland & Knight LLP
31 West 52nd Street
New York, New York 10019
Tel: (212) 513-3200
Fax: (212) 385-9010

*Attorneys for Garda CL Atlantic, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| COLLAZOS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GARDA CL ATLANTIC, INC.,<br><br>　　　　　Defendants. | 21-cv-02095-PKC-JRC |

**DECLARATION OF LOREN L. FORREST IN SUPPORT
OF DEFENDANT GARDA CL ATLANTIC, INC.'S
REVISED MOTION TO COMPEL ARBITRATION AND
<u>STAY LITIGATION OF CLASS ACTION CLAIMS</u>**

**LOREN L. FORREST, Jr.**, an attorney duly admitted to practice before the courts of the State of New York, declares under penalty of perjury.

1. I am a member of Holland & Knight LLP ("H&K"), attorneys for Defendant Garda CL Atlantic, Inc. ("Garda"), in this matter. I submit this Declaration in support of Garda's Revised Motion to Compel Arbitration and Stay Litigation of Class Action Claims.

2. Attached hereto as Exhibit 1 is a copy of a Labor Agreement, dated April 7, 2017, signed by Garda CL Atlantic, Inc. ("Garda"), and United Federation of Special Police and

Security Offices, Inc.

3. Attached hereto as Exhibit 2 is a copy of a Labor Agreement, dated September 1, 2018, signed by Garda CL Atlantic, Inc. ("Garda"), and Special and Superior Officers Benevolent Association.

4. Attached hereto as Exhibit 3 is a copy of the NLRB Case Search Results for Garda CL Atlantic, Case Number 29-RC-197242.

The foregoing is affirmed under penalty of perjury pursuant to 28 U.S.C. § 1746.

Dated: New York, New York
May 18, 2022

                                       HOLLAND & KNIGHT LLP

                                       By: <u>/s /Loren L. Forrest, Jr.</u>
                                             Loren L. Forrest, Jr.