Loren L. Forrest, Jr.
Holland & Knight LLP
31 West 52nd Street
New York, New York 10019
Tel: (212) 513-3200
Fax: (212) 385-9010

*Attorneys for Garda CL Atlantic, Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| COLLAZOS,<br><br>      Plaintiff,<br><br>v.<br><br>GARDA CL ATLANTIC, INC.,<br><br>      Defendants. | 21-cv-02095-PKC-JRC<br><br>**REVISED NOTICE OF MOTION** |

**PLEASE TAKE NOTICE**, that upon the annexed declaration of Loren L. Forrest, Jr., sworn to on the 18th day of May, 2022, the exhibits annexed thereto, the accompanying memorandum of law, and upon all the pleadings and proceedings had herein, the undersigned will move this Court, pursuant to the provisions of the Federal Arbitration Act, 9 U.S.C. § 1, Article 75 of the New York CPLR, and § 301 of the Labor Management Relations Act ("LMRA") *et seq.*, on behalf of the Defendant Garda CL Atlantic, Inc. ("Garda"), before The Honorable Pamela K. Chen, United States District Court, United States Courthouse, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, on a date to be scheduled by the Court, at 9:30 a.m. of that day or as soon thereafter as Garda can be heard, for an Order (a) compelling Plaintiff Carlos Collazos ("Collazos") to arbitrate his claims against Garda and (b) staying this action pending the outcome of the arbitration. In the alternative,

Garda requests that this Court dismiss Plaintiff's class action claims, pending Plaintiff's pursuit of his claims in pre-arbitration proceedings, in accordance with his collective bargaining agreement.

Dated: New York, New York
       July 13, 2022

HOLLAND & KNIGHT LLP

By: _____
    Loren L. Forrest, Jr.

Holland & Knight LLP
31 West 52nd Street
New York, New York 10019
Tel: (212) 513-3200
Fax: (212) 385-9010
Attorneys for Garda CL Atlantic, Inc.