UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Carlos Collazos, individually and on behalf of all others similarly situated,, <br><br> Plaintiff(s), <br><br> -against- <br><br> Garda CL Atlantic, Inc., et al., <br><br> Defendant(s). | **PROOF OF SERVICE VIA FEDERAL EXPRESS** <br><br> **Case No. 21-cv-02095 (PKC)(JRC)** |

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I am a resident of the State of New York, County of Suffolk.

2. I am over 18 years of age and not a party to this action.

3. On October 24, 2022 I served the within document(s)

    a. Motion to Compel

By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express shipping label, and depositing same in a Federal Express drop box in Huntington, New York.

TO: Patrick Cremo
328 State Street
Schenectady, NY 12305
(877)632-4996

I declare under penalty of perjury, that the foregoing is true and correct.

Dated: October 28, 2022
Huntington, New York

_Shirley Navarro-Losito_
Shirley Navarro-Losito