UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS COLLAZOS,<br><br>                                  Plaintiffs,<br>    -against-<br><br>GARDA CL ATLANTIC, INC.,<br><br>                                Defendant. | Civil Case No.: 21-cv-02095-PKC-JRC |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff Carlos Collazos and counsel for Defendant Garda CL, that the above-captioned action be, and hereby is, dismissed with prejudice, with each party to bear its own costs and fees associated with the action; and

**IT IS HEREBY FURTHER STIPULATED AND AGREED**, that this Stipulation may be executed in counterparts, and that a facsimile or PDF copy of this Stipulation shall have the same force and effect as the original.

Dated:  February 13, 2024                                                  Dated:  February 13, 2024

**LAW OFFICE OF**  
**Moser Law Firm, P.C**  
5 E. Main Street  
Huntington, New York 11743  
(516) 671-1150  
steven.moser@moserlawfirm.com

By: *Steven J. Moser*  
     Steven J. Moser, Esq.  
*Attorneys for Plaintiff*  
*Carlos Collazos*

**HOLLAND & KNIGHT LLP**  
31 West 52nd Street  
New York, New York 10019  
Telephone:  917-854-9800  
Facsimile: 212-385-9010  
loren.forrest@hklaw.com

By: *[signature]*  
     Loren L. Forrest, Jr.  
*Attorneys for the Defendant*  
*Garda CL Atlantic, Inc.*

**SO ORDERED:**

_____
The Honorable Pamela K. Chen, U.S.D.J.